Partial Pay

CA 02-181 E

```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

       # 00500464 - AM
        August 3, 2005


   Code    Case #   Qty      Amount

   2ND CIVI 02-181 e           2.28 CH


   TOTAL→                      2.28


   FROM: INMATE GENERAL WELFARE FUND
         GRATERFORD, PA 19426-0246
         VERNON FIELDS CA 02-181 E
```